UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOROTHY BIVENS,

      Plaintiff,                          Case No. 23-cv-11398
                                                 Hon. Matthew F. Leitman

v.

ZEP, INC.,

      Defendant.
_____/

## **JUDGMENT**

In accordance with the Order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendant and against Plaintiff.

                                                 KINIKIA ESSIX
                                                 CLERK OF COURT

                                By:    s/Holly A. Ryan
                                                 Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated:  November 22, 2024
Detroit, Michigan